UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LISA POWERS

VERSUS

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NO. 12-448-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 5, 2014 (doc. no. 20) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the ALJ's decision is VACATED and Plaintiff's case is REMANDED for further administrative proceedings consistent with the Magistrate's opinion.

Further, the Commissioner is directed to forward a copy of the Court's opinion and report to the ALJ hearing the matter on remand.

Baton Rouge, Louisiana, this 25th day of February, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE